# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| WANDA DEMARS, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | **Case No. 1:20-cv-779-LM** |
| vs. | **JURY TRIAL DEMANDED** |
| DMO AUTO ACQUISITIONS LLC D/B/A DAN O'BRIEN KIA, | |
| *Defendant*. | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Wanda Demars, and Defendant, DMO Auto Acquisitions LLC d/b/a Dan O'Brien Kia, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1.  All claims of the Plaintiff, Wanda Demars, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

2.  All claims of any unnamed member of the alleged class are hereby dismissed without prejudice, with each party to bear their own fees and costs

Date: September 10, 2020

Respectfully Submitted,

| | |
|---|---|
| */s/ Christopher M. Sacht*<br>Christopher M. Sacht<br>N.H. Bar No. 14792<br>Jonathan M. Hixon (*pro hac vice forthcoming*)<br>Massachusetts BBO # 692420<br>**Hackett Feinberg P.C.**<br>155 Federal Street, 9th Floor<br>Boston, MA 02110<br>Tel: (617) 422-0200<br>cms@bostonbusinesslaw.com<br>jmh@bostonbusinesslaw.com | By: /s/ Kevin M. O'Shea<br>Kevin M. O'Shea<br>N.H. Bar No. 15812<br>**Sulloway & Hollis PLLC**<br>9 Capitol St<br>Concord, NH 03301-1256<br>Tel: (603) 223-2829<br>Fax: (603) 223-2929<br>koshea@sulloway.com<br><br>*Attorneys for Defendant* |

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq. (*pro hac vice forthcoming*)
Florida Bar No. 101754
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Tel: (305) 479-2299
ashamis@shamisgentile.com

**Edelsberg Law, P.A.**
/s/ Scott Edelsberg
Scott Edelsberg, Esq. (*pro hac vice forthcoming*)
Florida Bar No. 0100537
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Tel: (305) 975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

*/s/ Christopher M. Sacht*
Christopher M. Sacht
N.H. Bar No. 14792
Jonathan M. Hixon (*pro hac vice forthcoming*)
Massachusetts BBO # 692420
**Hackett Feinberg P.C.**
155 Federal Street, 9th Floor
Boston, MA 02110
Tel: (617) 422-0200
cms@bostonbusinesslaw.com
jmh@bostonbusinesslaw.com

*Attorneys for Plaintiff and the Class*